FILED
IN CLERKS OFFICE

2020 DEC 14 PM 1: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| LINDA LE, | ) | Count One: False Declaration Before Grand Jury |
| | ) | (18 U.S.C. § 1623) |
| Defendant | ) | |

## INFORMATION

### COUNT ONE
False Declaration Before Grand Jury
(18 U.S.C. § 1623)

The United States Attorney charges:

On or about March 14, 2019, in Worcester, in the District of Massachusetts, the defendant,

LINDA LE,

while under oath in a proceeding before a Grand Jury of the United States, did knowingly make a false material declaration in that Le was asked the following questions and gave the following answers while knowing and believing those answers to be false:

Q: Do you know anything about a company named UT Services?

A: No.

Q: Have you played any role with UT Services?

A: No.

This testimony of Le was false in that, in late 2017 and early 2018, Le performed work for UT Services and became familiar with various business operations of UT Services.

All in violation of Title 18, United States Code, Section 1623.

                         ANDREW E. LELLING
                         United States Attorney

By: _____
     WILLIAM F. ABELY
     Assistant U.S. Attorney